# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| OOIDA RISK RETENTION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM DARNELL MOORE, as special ) <br> Administrator of the estate of CHARLES ) <br> GARY MOORE, VICTOR ARZILLO ) <br> D/B/A SUGARTOWN EXPRESS AND ) <br> RICHARD E. BATH, ) <br> ) <br> Defendants. ) | Case No. CV411-271 |

## ORDER

Plaintiff Ooida Risk Retention Group, Inc., filed this Declaratory Judgment action on October 26, 2011 (doc. 1) and successfully served defendants Victor Arzillo and Richard E. Barth on November 16, 2011. Docs. 7 & 8. The record shows no activity since. Within 14 days plaintiff shall show good cause why its case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); L.R. 41(b).[1]

---

[1] "The district court possesses the inherent power to police its docket" and to prune from its docket those cases that amount to no more than mere deadwood. *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.1989).

**SO ORDERED,** this 29th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA