IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OOIDA RISK RETENTION GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. CV411-271<br>) |
| WILLIAM DARNELL MOORE, as Special Administrator of the Estate of Charles Gary Moore, VICTOR ARZILLO, d/b/a Sugartown Xpress, and RICHARD E. BATH, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

Before the Court is Plaintiff OOIDA Risk Retention Group's Notice of Voluntary Dismissal Without Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no Defendants have filed an answer or motion for summary judgment in this case, Plaintiff's motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA