U.S. DISTRICT COURT
SAVANNAH

2012 NOV 19 AM 10: 58

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

OOIDA RISK RETENTION GROUP, )
INC., )
                 )
      Plaintiff, )
                 )
v. )    CASE NO. CV411-271
                 )
WILLIAM DARNELL MOORE, as )
Special Administrator of the )
Estate of Charles Gary Moore, )
VICTOR ARZILLO, d/b/a Sugartown )
Xpress, and RICHARD E. BATH, )
                 )
      Defendants. )
                 )

## O R D E R

Before the Court is Plaintiff OOIDA Risk Retention Group's
Notice of Voluntary Dismissal Without Prejudice. (Doc. 10.)
Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a
plaintiff may dismiss an action by filing "a notice of dismissal
before the opposing party serves either an answer or a motion
for summary judgment." Because no Defendants have filed an
answer or motion for summary judgment in this case, Plaintiff's
motion is **GRANTED** and this action is **DISMISSED WITHOUT
PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _19th_ day of November 2012.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA